United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IURII TROTSIUK,

    Plaintiff,

v.

KRISTI NOEM, *et al.*,

    Defendants.

Case No. 24-cv-09147-RS

**ORDER TO SHOW CAUSE**

Plaintiff Iurii Trotsiuk brought this action to compel Defendants to adjudicate his applications for asylum and withholding of removal. Dkt. 1. On November 12, 2025, Defendants submitted a status report saying that USCIS approved Plaintiff's application for asylum. The report also indicated that Defendants have been unable to contact Plaintiff's counsel about the status of the case. In light of these developments, Plaintiff is ordered to show cause why this case should not be dismissed by January 15, 2026. If no response is provided, the case will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: December 16, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

<< SHORT ORDER TITLE >>
CASE NO. 24-cv-09147-RS